IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME KNASINSKI and<br>JANET KNASINSKI,<br><br>    Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION, a/k/a BUFFALO<br>PUMPS, INC., et. al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 3:14-cv-00399-JPG-SCW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Voluntary Dismissal as to Defendant Aldrich Pump Company (Doc. 382) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Plaintiffs have filed a Motion, not a Notice, and as such, the Court will interpret it as a Motion under Federal Rule of Civil Procedure 41(a)(2) which allows dismissal under terms the Court deems proper. As Plaintiffs' have motioned for dismissal of Defendant Aldrich Pump Company and there being no objection filed, the Court finds the terms proper.

Plaintiffs' Motion for Voluntary Dismissal as to Defendant Aldrich Pump Company (Doc. 382) is **GRANTED** and Defendant Aldrich Pump Company, only, is **DISMISSED** without prejudice and without cost to either party.

    **IT IS SO ORDERED.**

    DATED:  7/1/2015               *s/J. Phil Gilbert*
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**