IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEROME KNASINSKI, *et al.*,

Plaintiffs,

v.

AIR & LIQUID SYSTEM CORPORATION, *et al.*,

Defendants.

Case No.: 14-399 JPG/SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: September 3, 2015     JUSTINE FLANAGAN, Acting Clerk of Court


Approved:   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**